UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD D. ANDERSON, | Case No. C13-1378-RSM-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court upon plaintiff's amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 3. Specifically, plaintiff's IFP application indicates that his spouse's annual net income is $24,504, and that he has received an additional $31,206 in "disability, unemployment, workers compensation or public assistance" payments in the last year. *Id*. at 1-2. Plaintiff and his spouse also own a $390,000 home and have $29,612 in bank accounts, although $26,888 of that amount is from a construction loan. *Id.* at 2.

After careful consideration of plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends DENYING plaintiff's application to proceed IFP

REPORT AND RECOMMENDATION
PAGE - 1

1  (Dkt. 3) and directing him to pay the $400 filing fee within thirty (30) days of the date of the

2  Order adopting this Report and Recommendation.  Plaintiff is advised that failure to pay this

3  filing fee will result in dismissal of this action.

4        The Clerk of the Court is directed to send copies of this Report and Recommendation to

5  the plaintiff and to the Honorable Ricardo S. Martinez.

6        DATED this 24th day of September, 2013.

                                                  */s/ James P. Donohue*
                                                  JAMES P. DONOHUE
                                                  United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2