UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD D. ANDERSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C13-1378 RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The Report and Recommendation issued by United States District Judge James P. Donohue is hereby STRICKEN as moot. A Notice of Appearance on behalf of Plaintiff has been filed by attorney Amy Gilbrough and the filing fee has been paid.

DATED this 25th day of October 2013.

                          WILLIAM McCOOL, Clerk

                          By: /s/ Rhonda Stiles
                                  Deputy Clerk

MINUTE ORDER